191 So. 920

### Reuben SPURLING v. STATE.
### 7 Div. 456.

Court of Appeals of Alabama.

June 20, 1939.

Rehearing Denied Oct. 3, 1939.

Motley & Motley, of Gadsden, for appellant.

Thos. S. Lawson, Atty. Gen., and Edwina Mitchell, Asst. Atty. Gen., for the State.

RICE, Judge.

It is agreed the same questions, and the same questions only, are involved in this appeal as in the case of Phatus Spurling, alias Phaddus Spurling v. State, ante, p. 73, 191 So. 919, this day decided.

Upon the authority of the decision in that case, the judgment here appealed from is affirmed.

Affirmed.